# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**REBEKAH WILLIAMS,**

    **Plaintiff,**

v.

**COMENITY CAPITAL BANK,**

    **Defendant.**

Case No. 2:23-cv-3751
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

The parties have stipulated to arbitration and request that the Court enter an order dismissing this matter. (ECF No. 13.) The Court construes the parties' stipulation to arbitration as a joint stipulation to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Court hereby **DISMISSES** this case without prejudice. The Clerk is **DIRECTED** to **TERMINATE** this case.

**IT IS SO ORDERED.**


**12/12/2023**                                                                **s/Edmund A. Sargus, Jr.**
**DATE**                                                                  **EDMUND A. SARGUS, JR.**
                                                                          **UNITED STATES DISTRICT JUDGE**